UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUDITHNANN KOONTZ ,

                  Plaintiff,

        -against-                                **ORDER**
                                                                            CV 12-2538 (JFB)(ARL)

GREAT NECK UNION FREE SCHOOL
DISTRICT AND BOARD OF EDUCATION
OF THE GREAT NECK UNION FREE
SCHOOL DISTRICT,

                  Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' unopposed motion to compel the *pro se* plaintiff to provide more complete responses to their First Set of Interrogatories and Document Demands. That motion is granted. On or before December 14, 2012, the plaintiff shall provide more complete responses to the defendants' requests as indicated in defendants' motion. If the plaintiff is not in possession of documents responsive to a particular request, she must indicate in writing that she is not in possession of such documents. Similarly, each interrogatory must be separately answered, in writing, under oath. The plaintiff is encouraged to discuss this matter with counsel for the defendants prior to submitting a supplemental response. The plaintiff may also contact the court's Pro Se Office for additional guidance.


Dated: Central Islip, New York                      **SO ORDERED:**
       November 14, 2012

                                                                  _____/s/_____
                                                                   ARLENE R. LINDSAY
                                                                   United States Magistrate Judge